# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:11-CR-00024-RLV-DSC

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| COURTNEY DIONE COWAN, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

On November 10, 2011, the defendant, Courtney Dione Cowan, appeared before this Court and was found guilty of Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1).

The U.S. Probation Office has reviewed information in discovery that indicates Defendant Cowan has a juvenile record in Iredell County, North Carolina. Pursuant to this information, the U.S. Probation Office seeks Court approval to request copies of Defendant's juvenile records from the Iredell County Juvenile Court.

The Court hereby approves and authorizes the U.S. Probation Office to request of the Iredell County Juvenile Court its files concerning Defendant Cowan and to allow any and all juvenile records to be divulged for the purpose of preparing a presentence report. This requested authority terminates upon completion of the presentence report.

Signed: May 25, 2012

Richard L. Voorhees
United States District Judge